IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Freeman, Corzatte

Printed: 9/9/08

Case Number: 07 B 07717
Judge: Hollis, Pamela S
Filed: 4/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 28, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,015.00 |  |
| Secured: |  | 3,281.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,463.19 |
| Trustee Fee: |  | 270.81 |
| Other Funds: |  | 0.00 |
| Totals: | 5,015.00 | 5,015.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,464.00 | 1,463.19 |
| 2. | American General Finance | Secured | 4,515.59 | 945.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 12,386.77 | 2,336.00 |
| 4. | Peoples Energy Corp | Unsecured | 62.22 | 0.00 |
| 5. | Fingerhut | Unsecured | 37.04 | 0.00 |
| 6. | Chase Tax Related Products Group | Unsecured | 153.60 | 0.00 |
| 7. | Target National Bank | Unsecured | 29.10 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 163.77 | 0.00 |
| 9. | Capital One | Unsecured | 50.67 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 266.73 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 145.99 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 54.78 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 46.64 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 80.97 | 0.00 |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 18. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 19. | Harris Bank | Unsecured |  | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 22. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 23. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 24. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 25. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:    Freeman, Corzatte

Printed: 9/9/08

Case Number:  07 B 07717
Judge: Hollis, Pamela S
Filed: 4/27/07

| | | | |
|---|---|---|---|
| 26. Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 20,457.87 | $ 4,744.19 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 270.81 |
| | _____ |
| | $ 270.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____